UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
November 26, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR. S-07-0515 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JUAN VILLA, JR., ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JUAN VILLA, JR. , Case No.  CR. S-07-0515 WBS , Charge  Title 21 USC § 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   _X_   Bail Posted in the Sum of $ _68,000.00_ Secured by property posted with court by 12/3/07. Until then unsecured bond co-

   ___   Unsecured Appearance Bond  signed by defendant's parents.

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

   _X_   (Other)  With Pretrial Services Supervision of conditions of release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 26, 2007  at  1:35  pm .

By _____
Dale A. Drozd
United States Magistrate Judge