FILED
November 26, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JUAN VILLA, JR., ) <br> ) <br> Defendant. ) | Case No. CR. S-07-0515 WBS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JUAN VILLA, JR. , Case No.  CR. S-07-0515 WBS , Charge  Title 21 USC § 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

X   Bail Posted in the Sum of $ 68,000.00 Secured by property posted with court by 12/3/07. Until then unsecured bond co-

__   Unsecured Appearance Bond  signed by defendant's parents.

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

X   (Other)  With Pretrial Services Supervision of conditions of release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 26, 2007  at  1:35  pm .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge