BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-07-0515 WBS |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| JUAN VILLA, JR., ) | |
| Defendants. ) | Hon. William B. Shubb |

The parties request that the status conference currently set for July 19, 2010, be continued to October 18, 2010, and stipulate that the time beginning July 19, 2010, and extending through October 18, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best

1

interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNE
                                        Acting United States Attorney

Dated: July 8, 2010              By: /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney

Dated: July 8, 2010              By: /s/ James Ralph Greiner
                                        JAMES RALPH GREINER
                                        Attorney for defendant
                                        Juan Villa, Jr.

**ORDER**

For the reasons stated above, the status conference in case number CR. S 07-515 WBS, currently set for July 19, 2010, is continued to October 18, 2010; and the time beginning July 19, 2010, and extending through October 18, 2010, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  July 12, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE