**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JUAN VILLA, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-515-WBS |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING THE STATUS CONFERENCE TO MONDAY, FEBRUARY 7, 2011 |
| v. ) | |
| JORGE CHAVEZ. et al, ) | |
| DEFENDANT. ) | |
| _____) | |

The United States of American, represented by Assistant United States Attorney, Mr. Michael Beckwith, and defendant Juan Villa, represented by attorney , Mr. James R. Greiner, hereby agree and stipulate that the status conference set for **Monday, January 10, 2011,** may be vacated off the Court's calendar and rescheduled for **Monday, February 7, 2011,** at 8:30 a.m..

To date, the government has produced 14 CD's, 8 audio tape recordings (most all of them in the Spanish language), and one video tape recording . Counsel for defendant Juan Villa, Jr., has just been recently been appointed as of August 28, 2009 (See Docket Entry # 170 and whereas the government filed the criminal complaint on October 30, 2007, regarding a criminal investigation which the government represents started on or about August 2005 (See Criminal Complaint, page 4, Background of

1

Investigation, CI-1, first sentence of first paragraph). Newly appointed counsel for defendant Juan Villa, Jr., needs a reasonable amount of time to review the discovery to date, to meet and review the discovery with the defendant, to due reasonable investigation in the case, all of which is at least some four (4) years behind the government and two (2) years behind the other defense counsel in the case.

Thus, all parties agree and stipulate that a continuance is reasonably warranted under the circumstances of the case and as it regards newly appointed counsel for defendant Juan Villa, Jr..

## EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The parties agree and stipulate that with new counsel for defendant Juan Villa, Jr., having been relatively recently appointed, the interests of justice in granting this reasonable request for a continuance outweighs all other interests in this case for a speedy trial in this case, pursuant to Title 18 section 3161 (h)(7)(B)(iv), corresponding to Local Code T-4 (to allow counsel time to prepare). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public, the government and the defendants in a speedy trial. (Title 18 section 3161 (h)(7)(B)(iv), corresponding to Local Code T-4 (to allow counsel time to prepare.). In addition, the reasonable continuance will allow the parties to in good faith continue to explore possible resolution of this case short of trial which would be a cost savings to both this Court and the government allowing both the Court and the government to use its valuable resources on other matters.

Respectfully submitted:

BENJAMIN WAGNER
UNITED STATES ATTORNEY

/s/ Michael Beckwith, by in person authorization

DATED: 1-6-11          _____
Michael Beckwith
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR PLAINTIFF

2

DATED: 1-6-11  /s/ James R. Greiner
_____
James R. Greiner
Attorney for defendant Juan Villa, Jr

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation**, January 10, 2011, to and including February 7, 2011,** shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv), and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the **Monday, January 10, 2011, status conference** shall be continued until **Monday, February 7, 2011**, at 8:30 a.m.

3

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED:   January 6, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE