1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net
5
   ATTORNEY FOR DEFENDANT
6  JUAN VILLA, JR.

7

8
                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,    )    CR.-S-07-515-04-WBS
                                )
12        PLAINTIFF,             )    STIPULATION AND ~~PROPOSED~~
                                )    ORDER CONTINUING THE
13        v.                    )    JUDGMENT AND SENTENCING TO
                                )    MONDAY, JANUARY 30, 2012
14 JUAN VILLA, JR.,             )
                                )
15        DEFENDANT.            )
   _____)
16

17        The United States of American, represented by Assistant United States

18 Attorney, Mr. Michael Beckwith, and defendant Juan Villa, represented by attorney ,

19 Mr. James R. Greiner, hereby agree and stipulate that the judgment and sentencing  set

20 for **Monday, October 17,  2011,**  may be vacated off the Court's calendar and

21 rescheduled for **Monday, January 30,  2012,** at 9:30 a.m..

22

23 ///

24 ///

25 ///

26

27

28
                                       1

Respectfully submitted:

        BENJAMIN WAGNER
        UNITED STATES ATTORNEY

        /s/ Michael Beckwith,  by telephone authorization

DATED: 10-13-11        _____
        Michael Beckwith
        ASSISTANT UNITED STATES ATTORNEY
        ATTORNEY FOR PLAINTIFF


DATED: 10-13-11        /s/ James R. Greiner
        _____
        James R. Greiner
        Attorney for defendant Juan Villa, Jr

**ORDER**


**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**


DATED:   October 13, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2